IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAWANDA BURTON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-4664 |
| | : | |
| MICHAEL J. ASTRUE | : | |

## ORDER

**AND NOW,** this 23rd day of November, 2009, upon consideration of Plaintiff's Request for Review (Document No. 12), the defendant's response (Document No. 13), the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Document No. 15), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The plaintiff's Request for Review is **GRANTED**; and

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport.

    /Timothy J. Savage
TIMOTHY J. SAVAGE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PATRICK C. VEARLING | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 08-2343 |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration | : | |

# JUDGMENT ORDER

**AND NOW**, this 8th day of July, 2009, in accordance with the Order dated July 8, 2009, remanding this case to the Commissioner (Document No. 22), it is **ORDERED** that **JUDGMENT IS ENTERED** in favor of the plaintiff and against the defendant pursuant to FED. R. CIV. P. 58.

      /Timothy J. Savage
    TIMOTHY J. SAVAGE, J.